UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| EMILY ZERVAS, | Case No. 2:18-cv-00051-JAD-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| USAA GENERAL INDEMNITY COMPANY, a foreign corporation doing business in Nevada, DOES 1 through X and ROE CORPORATIONS XI through XX, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Enlarge Time Under LR 7-2(b) to File a Response to Defendant's Motion to Stay Discovery (ECF No. 25), filed on April 4, 2018.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6-1, extensions of time may be granted for good cause shown. The Court has reviewed Plaintiff's Motion and Affidavit and finds such good cause exists. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Enlarge Time to Respond to Defendant's Motion to Stay Discovery (ECF No. 25) is **granted**. Plaintiff shall file her Response to Defendant's Motion no later than April 30, 2018.

**IT IS FURTHER ORDERED** the hearing set for Thursday, April 19, 2018 at 1:30 p.m. shall be **vacated** and reset for a **Wednesday May 16, 2018 at 9:30 a.m. in Courtroom 3D**.

Dated this 6th day of April, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1