ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*USAA General Indemnity Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMILY ZERVAS,<br><br>Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation doing business in Nevada, DOES I through X and ROE CORPORATIONS XI through XX,<br><br>Defendants. | CASE NO. 2:18-cv-00051-JAD-GWF<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR USAA'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>ECF No. 30 |

IT IS HEREBY STIPULATED AND AGREED, by and between Danielle C. Miller, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, counsel for Defendant USAA General Indemnity Company ("USAA"), and William W. McGaha, Esq. of SCHUETZE & McGAHA, P.C., counsel for Plaintiff Emily Zervas ("Plaintiff"), that:

The due date for USAA's Reply in Support of its Motion for Summary Judgment (ECF No. 14) be extended from May 14, 2018 to June 4, 2018.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendants initiated this request because they have been hired by the Clark County School District to conduct an investigation into allegations made by a former

employee regarding accusations of rampant favoritism and discrimination. This investigation requires numerous interviews of prospective witnesses and the review of voluminous pertinent documents. Counsel for Defendants are also occupied with reviewing and disclosing extensive ESI discovery in a 600 Member Class Action Lawsuit, *Small et al v. University Medical Center of Southern Nevada*, U.S. District Court, 2:13-cv-00298-APG-PAL. This is USAA and Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that this Court extend the time for USAA to file its Reply in Support of its Motion for Summary Judgment from May 14, 2018 to June 4, 2018.

DATED this 3 day of May, 2018

SCHUETZE & McGAHA, P.C.

By: _____
WILLIAM W. McGAHA, ESQ.
Nevada Bar No. 003234
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
Telephone: (702) 369-3225
*Attorneys for Plaintiff*

DATED this 3 day of May, 2018

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
ROBERT W. FREEMAN, ESQ. #10171
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
*Attorneys for Defendant*
*USAA General Indemnity Company*

## ORDER

IT IS SO ORDERED. The parties are cautioned, however, that counsel's workload will not constitute good cause for further extensions of this deadline.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 4, 2018