| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | **WILLIAM W. McGAHA, ESQ.**<br>Nevada Bar #3234<br>**SCHUETZE & McGAHA, P.C.**<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, Nevada 89106<br>(702) 369-3225<br><br>Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY ZERVAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation doing business in Nevada, DOES I through X and ROE CORPORATIONS XI through XX,<br><br>　　　　　Defendants. | CASE NO: 2:18-cv-00051 -JAD-GWF<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT USAA'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Priscilla L. O'Briant, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, LLP, counsel for Defendant USAA General Indemnity Company ("USAA"), and William W. McGaha, Esq., of SCHUETZE & McGAHA, P.C., counsel for Plaintiff Emilyl Zervas ("Plaintiff"), that:

　　　　The due date for Plaintiff's Response to Defendant USAA's Motion to Dismiss Plaintiff's Amended Complaint, or Alternatively, Motion for Summary Judgment (ECF No. 52) be extended from March 28, 2019 to April 9, 2019.

　　　　This request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

　　　　Counsel for Plaintiff initiated this request because of his heavy litigation calendar for the week of March 18 through 29, 2019. This is Plaintiff's first request to extend this deadline,

which is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that this Court extend the time for Plaintiff to file her Response to USAA's Motion to Dismiss Amended Complaint or, Alternatively, Motion for Summary Judgment from March 28, 2019 to April 9, 2019.

**DATED** this 19th day of March, 2019.   **DATED** this 19th day of March, 2019.

**SCHUETZE & McGAHA, P.C.**   **LEWIS BRISBOIS BISGAARD & SMITH**

By */s/ William W. McGaha*
   WILLIAM W. McGAHA, ESQ.
   Nevada Bar #3234
   601 S. Rancho Drive, Suite C-20
   Las Vegas, Nevada 89106
   Attorney for Plaintiff

By */s/ Priscilla O'Briant*
   ROBERT W. FREEMAN, ESQ.
   Nevada Bar #3062
   PRISCILLA O'BRIANT, ESQ.
   Nevada Bar #10171
   6385 S. Rainbow Blvd., Suite 600
   Las Vegas, Nevada 89118
   Attorneys for Defendant USAA

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 20, 2019.