ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
Email: Danielle.Miller@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*USAA General Indemnity Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY ZERVAS,<br><br>  Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation doing business in Nevada, DOES I through X and ROE CORPORATIONS XI through XX,<br><br>  Defendants. | CASE NO. 2:18-cv-00051-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR USAA'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant USAA General Indemnity Company ("USAA") and Plaintiff Emily Zervas ("Plaintiff"), by and through their respective counsel of record that

- The due date for USAA's Response to *Plaintiff's Motion for Leave to File Second Amended Complaint* (ECF No. 58) be extended from April 23, 2019 to May 17, 2019.

- This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

/ / /

4812-1203-7267.1

Counsel for Defendants initiated this request because they have numerous other briefings due, including for scheduled mediations, and numerous depositions, as well as scheduled time off during the month of April. Additionally, the Motion to File Second Amended Complaint was filed concurrently with Plaintiff's Opposition to Defendant's Motion to Dismiss. Together, these motions involve substantive issues of law which require additional briefing and will necessarily impact both motions. As such, the parties believe additional time to respond is warranted. This is the first request by USAA and Plaintiff to extend this deadline, which is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that this Court extend the time for USAA to file its Response to *Plaintiff's Motion for Leave to File Second Amended Complaint* (ECF No. 58) from April 23, 2019 to May 17, 2019.

DATED this 10th day of April, 2019

SCHUETZE & McGAHA, P.C.

By: /s/ *William W. McGaha*
WILLIAM W. McGAHA, ESQ.
Nevada Bar No. 003234
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
Telephone: (702) 369-3225
*Attorneys for Plaintiff*

DATED this 10th day of April, 2019

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *Priscilla L. O'Briant*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
*Attorneys for Defendant*
*USAA General Indemnity Company*

## ORDER

IT IS SO ORDERED.

Dated: April 11, 2019.

_____
U.S. DISTRICT COURT JUDGE