1  ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
2  Email: Robert.Freeman@lewisbrisbois.com
   PRISCILLA L. O'BRIANT, ESQ.
3  Nevada Bar No. 010171
   Email: Danielle.Miller@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*
7  *USAA General Indemnity Company*

8

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11

12  EMILY ZERVAS,                    CASE NO. 2:18-cv-00051-JAD-GWF

            Plaintiff,
13
                                     **STIPULATION AND ORDER TO EXTEND**
    vs.                              **DEADLINE FOR USAA'S REPLY IN**
14                                   **SUPPORT OF ITS MOTION FOR**
    USAA GENERAL INDEMNITY COMPANY,  **SUMMARY JUDGMENT**
15  a foreign corporation doing business in
    Nevada, DOES I through X and ROE
16  CORPORATIONS XI through XX,

17          Defendants.

18  _____

19       IT IS HEREBY STIPULATED AND AGREED, by and between Defendant USAA

20  General Indemnity Company ("USAA") and Plaintiff Emily Zervas ("Plaintiff"), by and

21  through their respective counsel of record:

22       -     The due date for USAA's Reply in Support of its Motion to Dismiss (ECF No.

23  52) be extended from April 16, 2019 to May 17, 2019.

24       -     This Request for an extension of time is not sought for any improper

25  purpose or other purpose of delay.  This request for extension is based upon the

26  following:

27       Counsel for Defendants initiated this request because they have numerous other

28  briefings due, including for scheduled mediations, and numerous depositions, as well as

4842-4825-4611.1

scheduled time off during the month of April. Additionally, the Motion to File Second Amended Complaint (ECF No. 58), filed concurrently with Plaintiff's Opposition to Defendant's Motion to Dismiss, substantive issues of law that will impact both motions, and require additional briefing which will necessarily impact the Reply in Support of the Motion to Dismiss. This is the first request by USAA and Plaintiff to extend this deadline, which is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that this Court extend the time for USAA to file its Reply in Support of its Motion to Dismiss (ECF No. 52), from April 16, 2019 to May 17, 2019.

DATED this 10th day of April, 2019

SCHUETZE & McGAHA, P.C.


By: ___/s/ William W. McGaha_____
    WILLIAM W. McGAHA, ESQ.
    Nevada Bar No. 003234
    601 S. Rancho Drive, Suite C-20
    Las Vegas, Nevada 89106
    Telephone: (702) 369-3225
    *Attorneys for Plaintiff*

DATED this 10th day of April, 2019

LEWIS BRISBOIS BISGAARD & SMITH LLP


By: ____/s/ Priscilla L. O'Briant_____
    ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 003062
    PRISCILLA L. O'BRIANT, ESQ.
    Nevada Bar No. 010171
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
    Telephone: (702) 893-3383
    *Attorneys for Defendant*
    *USAA General Indemnity Company*

## ORDER

IT IS SO ORDERED.

Dated: April 11, 2019.


_____
U.S. DISTRICT COURT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW