**WILLIAM W. McGAHA, ESQ.**
Nevada Bar #3234
**SCHUETZE & McGAHA, P.C.**
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
(702) 369-3225

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY ZERVAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation doing business in Nevada, DOES I through X and ROE CORPORATIONS XI through XX,<br><br>　　　　　Defendants. | **CASE NO: 2:18-cv-00051-JAD-GWF**<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT USAA'S MOTION FOR RECONSIDERATION OF ORDER DENYING ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO CERTIFY QUESTION TO THE NEVADA SUPREME COURT, OR ALTERNATIVELY, MOTION TO AMEND AND CERTIFY ORDER FOR INTERLOCUTORY REVIEW<br><br>ECF No. 68 |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Priscilla L. O'Briant, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, LLP, counsel for Defendant USAA General Indemnity Company ("USAA"), and William W. McGaha, Esq., of SCHUETZE & McGAHA, P.C., counsel for Plaintiff Emily Zervas ("Plaintiff"), that:

　　　　The due date for Plaintiff's Response to Defendant USAA's Motion for Reconsideration of Order Denying It's Motion for Summary Judgment or, in the Alternative, to Certify Question to the Nevada Supreme Court, or, Alternatively, Motion to Amend and Certify Order for Interlocutory Review (ECF No. 67) be extended from July 4, 2019 to July 29, 2019.

　　　　This request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff initiated this request because his father died on June 14, 2019 and now, as of this stipulation and order, his mother is hospitalized for an indeterminate period of time and there are family issues and estate issues which have to be dealt with. All of which make it all but impossible to do an appropriate responsive brief at this time. Therefore, counsel for Plaintiff is asking for this extension. This is Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that this Court extend the time for Plaintiff to file her Response to USAA's Motion for Reconsideration of Order Denying It's Motion for Summary Judgment or, in the Alternative, to Certify Question to the Nevada Supreme Court, or, Alternatively, Motion to Amend and Certify Order for Interlocutory Review from July 4, 2019 to July 29, 2019.

**DATED** this 27th day of June, 2019.   **DATED** this 27th day of June, 2019.

**SCHUETZE & McGAHA, P.C.**   **LEWIS BRISBOIS BISGAARD & SMITH**

By /s/ William W. McGaha
WILLIAM W. McGAHA, ESQ.
Nevada Bar #3234
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
Attorney for Plaintiff

By /s/ Priscilla O'Briant
ROBERT W. FREEMAN, ESQ.
Nevada Bar #3062
PRISCILLA O'BRIANT, ESQ.
Nevada Bar #10171
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant USAA

**ORDER**

IT IS SO ORDERED.

DATED June 29, 2019

_____
U.S. DISTRICT COURT JUDGE