ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ
Nevada Bar No. 10171
Email: Priscilla.Obriant@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*USAA General Indemnity Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY ZERVAS,<br><br>  Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation doing business in Nevada, DOES I through X and ROE CORPORATIONS XI through XX,<br><br>  Defendants. | CASE NO. 2:18-cv-00051-JAD-GWF<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR USAA'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION**<br><br>[ECF No. 75] |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant USAA General Indemnity Company ("USAA") and Plaintiff Emily Zervas ("Plaintiff"), by and through their respective counsel of record:

- The due date for USAA's Reply in Support of its Motion For Reconsideration (ECF No. 67) be extended from August 5, 2019 to August 19, 2019.

- This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendant initiated this request because they have numerous other briefings due, including for scheduled mediations, and out of town depositions.

4814-7066-3838.1

This is the first request by USAA and Plaintiff to extend this deadline, which is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that this Court extend the time for USAA to file its Reply in Support of its Motion for Reconsideration (ECF No. 67), from August 5, 2019 to August 19, 2019.

| DATED this 31st day of July, 2019 | DATED this    day of July, 2019 |
|---|---|
| SCHUETZE & McGAHA, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By: /s/ William W. McGaha<br>WILLIAM W. McGAHA, ESQ.<br>Nevada Bar No. 003234<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff* | By: /s/ Priscilla L. O'Briant<br>ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 003062<br>PRISCILLA L. O'BRIANT, ESQ.<br>Nevada Bar No. 010171<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant*<br>*USAA General Indemnity Company* |

## ORDER

IT IS SO ORDERED.

DATED this 31st day of July, 2019.

_____
U.S. DISTRICT COURT JUDGE