ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ
Nevada Bar No. 10171
Email: Priscilla.Obriant@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*USAA General Indemnity Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| EMILY ZERVAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation doing business in Nevada, DOES I through X and ROE CORPORATIONS XI through XX,<br><br>　　　　Defendants. | CASE NO. 2:18-cv-00051-JAD-GWF<br><br>**DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** |

Defendant USAA GENERAL INDEMNITY COMPANY ("Defendant"), by and through its attorney of record Robert W. Freeman, Esq., and Priscilla L. O'Briant, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby request that Danielle C. Miller, Esq. be removed from the list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4843-0503-8750.1

Danielle C. Miller, Esq. is no longer with Lewis Brisbois Bisgaard & Smith, LLP. Given the appearance of the attorney on behalf of Defendant, no party will be prejudiced by the counsel's withdrawal.

DATED this 31st day of July, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Robert W. Freeman
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
PRISCILLA L. O'BRIANT, ESQ
Nevada Bar No. 10171
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*USAA General Indemnity Company*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 1, 2019

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this <u>31st</u> day of July, 2019, I did cause a true and correct copy of **DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** in <u>Zervas v. USAA, et al.</u>, United States District Court Case No. 2:18-cv-00051-JAD-GWF, to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

William W. McGaha, Esq.  wwm@smlvlaw.net
SCHUETZE & McGAHA, P.C.
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
Telephone: 702-369-3225
*Attorneys for Plaintiff*

By  /s/ Tiffany Dube
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP