ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ
Nevada Bar No. 10171
Email: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*USAA General Indemnity Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY ZERVAS, | CASE NO. 2:18-cv-00051-JAD-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR USAA'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION** |
| vs. | |
| USAA GENERAL INDEMNITY COMPANY, a foreign corporation doing business in Nevada, DOES I through X and ROE CORPORATIONS XI through XX, | **SECOND REQUEST** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant USAA General Indemnity Company ("USAA") and Plaintiff Emily Zervas ("Plaintiff"), by and through their respective counsel of record:

- The due date for USAA's Reply in Support of its Motion For Reconsideration (ECF No. 67) be extended from August 19, 2019 to August 26, 2019.

- This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendant initiated this request because they have numerous other briefings due, including for scheduled mediations, and out of town depositions.

4829-6125-9936.1

This is the second request by USAA and Plaintiff to extend this deadline, which is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that this Court extend the time for USAA to file its Reply in Support of its Motion for Reconsideration (ECF No. 67), from August 19, 2019 to August 26, 2019.

DATED this 15th day of August, 2019     DATED this 15th day of August, 2019

SCHUETZE & McGAHA, P.C.     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *William W. McGaha*     By: /s/ *Priscilla L. O'Briant*
    WILLIAM W. McGAHA, ESQ.        ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 003234              Nevada Bar No. 003062
    601 S. Rancho Drive, Suite C-20     PRISCILLA L. O'BRIANT, ESQ.
    Las Vegas, Nevada 89106           Nevada Bar No. 010171
    *Attorneys for Plaintiff*              6385 S. Rainbow Boulevard, Suite 600
                                           Las Vegas, Nevada 89118
                                           *Attorneys for Defendant*
                                           *USAA General Indemnity Company*

## ORDER

IT IS SO ORDERED.

Dated: August 16, 2019.

_____
U.S. DISTRICT COURT JUDGE