ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ
Nevada Bar No. 10171
Email: Priscilla.Obriant@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*USAA General Indemnity Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMILY ZERVAS,<br><br>    Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation doing business in Nevada, DOES I through X and ROE CORPORATIONS XI through XX,<br><br>    Defendants. | CASE NO. 2:18-cv-00051-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR USAA'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION**<br><br>**THIRD REQUEST**<br><br>ECF No. 82 |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant USAA General Indemnity Company ("USAA") and Plaintiff Emily Zervas ("Plaintiff"), by and through their respective counsel of record:

- The due date for USAA's Reply in Support of its Motion For Reconsideration (ECF No. 67) be extended from August 26, 2019 to September 3, 2019.

- This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendant initiated this request because they have numerous other briefings due, including for scheduled mediations, and out of town depositions.

4849-6249-6418.1

This is the third request by USAA and Plaintiff to extend this deadline, which is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that this Court extend the time for USAA to file its Reply in Support of its Motion for Reconsideration (ECF No. 67), from August 26, 2019 to September 3, 2019.

DATED this 26th day of August, 2019

SCHUETZE & McGAHA, P.C.

By: /s/William W. McGaha
WILLIAM W. McGAHA, ESQ.
Nevada Bar No. 003234
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

DATED this 26th day of August, 2019

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/Priscilla L. O'Briant
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant
USAA General Indemnity Company*

### ORDER

IT IS SO ORDERED. However, the parties are cautioned that no further extensions of this deadline will be granted, and **workload will not qualify as good cause for future extensions of time for defendants in this case.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 26, 2019