| | |
|---|---|
| **WILLIAM W. McGAHA, ESQ.**<br>Nevada Bar #3234<br>**SCHUETZE & McGAHA, P.C.**<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, Nevada 89106<br>(702) 369-3225<br><br>Attorneys for Plaintiff | |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY ZERVAS,<br><br>    Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation doing business in Nevada, DOES I through X and ROE CORPORATIONS XI through XX,<br><br>    Defendants. | CASE NO: 2:18-cv-00051-JAD-EJY<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S REPLY TO DEFENDANT USAA'S RESPONSE TO PLAINTIFF'S MOTION TO SET DISCOVERY DEADLINES |

IT IS HEREBY STIPULATED AND AGREED, by and between Priscilla L. O'Briant, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, LLP, counsel for Defendant USAA General Indemnity Company ("USAA"), and William W. McGaha, Esq., of SCHUETZE & McGAHA, P.C., counsel for Plaintiff Emilyl Zervas ("Plaintiff"), that:

The due date for Plaintiff's Reply to Defendant USAA's Response to Plaintiff's Motion to Set Discovery Deadlines (ECF No. 93) be extended from February 18, 2020 to February 28, 2020.

This request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Plaintiff initiated this request because he needs an extension in order to take care of his elderly parent who has medical needs at this time. This is Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay.

Page 1 of 2

WHEREFORE, the parties respectfully request that this Court extend the time for Plaintiff to file her Reply to USAA's Response to Plaintiff's Motion to Set Discovery Deadlines from February 18, 2020 to February 28, 2020.

**DATED** this 20th day of February, 2020.

**SCHUETZE & McGAHA, P.C.**

By */s/ William W. McGaha*
WILLIAM W. McGAHA, ESQ.
Nevada Bar #3234
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
Attorney for Plaintiff

**DATED** this 20th day of February, 2020.

**LEWIS BRISBOIS BISGAARD & SMITH**

By */s/ Priscilla O'Briant*
ROBERT W. FREEMAN, ESQ.
Nevada Bar #3062
PRISCILLA O'BRIANT, ESQ.
Nevada Bar #10171
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant USAA

**ORDER**

IT IS SO ORDERED.

DATED this 21st day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE