ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ
Nevada Bar No. 10171
Email: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*USAA General Indemnity Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY ZERVAS,<br><br>            Plaintiff,<br><br>      vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation doing business in Nevada, DOES I through X and ROE CORPORATIONS XI through XX,<br><br>            Defendants. | CASE NO. 2:18-cv-00051-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>**FIRST REQUEST**<br><br>ECF No. 117 |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant USAA General Indemnity Company ("USAA-GIC") and Plaintiff Emily Zervas ("Plaintiff"), by and through their respective counsel of record:

- The due date for USAA-GIC's Response to Plaintiff's Motion for Partial Summary Judgment on Claim for Breach of the Duty of Good Faith and Fair Dealing [ECF 115] be extended from March 23, 2021 to March 25, 2021;

- The due date for Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment on Claim for Breach of the Duty of Good Faith and Fair Dealing [ECF 115] shall be April 12, 2021; and

/ / /

/ / /

4817-9476-5282.1

-   The due date for Plaintiff's Response to Defendant USAA General Indemnity Company's Motion For Summary Judgment [ECF 116] be extended from March 31, 2021 to April 5, 2021.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  Counsel for Defendant initiated this short request for an extension due to numerous calendar items which prevented the Response from being timely completed.  Counsel agree that Plaintiff should also have additional time to file its Reply as well as her Response to USAA-GIC's dispositive motion.  This is the first request by USAA and Plaintiff to extend these deadlines, which is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that this Court extend the time to complete briefing on the parties' dispositive motions as outlined above.

DATED this 25th day of March, 2021

SCHUETZE & McGAHA, P.C.

By: */s/ William W. McGaha*
WILLIAM W. McGAHA, ESQ.
Nevada Bar No. 003234
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
*Attorneys for Plaintiff Emily Zervas*

DATED this 25th day of March, 2021

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  */s/Priscilla L. O'Briant*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant
USAA General Indemnity Company*

## ORDER

IT IS SO ORDERED.

DATED this 30th day of March, 2021.

_____
U.S. DISTRICT COURT JUDGE

4817-9476-5282.1

2