ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ
Nevada Bar No. 10171
Email: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*USAA General Indemnity Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY ZERVAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation doing business in Nevada, DOES I through X and ROE CORPORATIONS XI through XX,<br><br>    Defendants. | CASE NO. 2:18-cv-00051-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>**FIRST REQUEST**<br><br>ECF No. 121 |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant USAA General Indemnity Company ("USAA-GIC") and Plaintiff Emily Zervas ("Plaintiff"), by and through their respective counsel of record:

- The due date for Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment on Claim for Breach of the Duty of Good Faith and Fair Dealing [ECF 115], currently April 12, 2021, shall be extended to April 19, 2021; and

- The due date for Defendant's Reply in support of Defendant USAA General Indemnity Company's Motion For Summary Judgment [ECF 116], currently April 19, 2021, shall be extended to April 26, 2021.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Both counsel requested this short request for an extension due to personal and



4816-3308-1316.1

calendar items which may prevent them from timely filing the Replies.  This is the second request by USAA and Plaintiff to extend the briefing deadlines, and is made in good faith and not for purposes of delay.

      WHEREFORE, the parties respectfully request that this Court extend the time to complete briefing on the parties' dispositive motions as outlined above.

| | |
|---|---|
| DATED this 7th day of April, 2021 | DATED this 7th day of April, 2021 |
| SCHUETZE & McGAHA, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By: /s/ *William W. McGaha*<br>WILLIAM W. McGAHA, ESQ.<br>Nevada Bar No. 003234<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff* | By: /s/*Priscilla L. O'Briant*<br>ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 003062<br>PRISCILLA L. O'BRIANT, ESQ.<br>Nevada Bar No. 010171<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant*<br>*USAA General Indemnity Company* |

## ORDER

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 8, 2021