ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
SHIRLEY J. FOSTER, ESQ.
Nevada Bar No. 008069
Email: Shirley.Foster@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. (702) 893-3383
Fax (702) 893-3789
*Attorneys for Defendant*
*USAA General Indemnity Company*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| EMILY ZERVAS,<br><br>      Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation doing business in Nevada, DOES I through X and ROE CORPORATIONS XI through XX,<br><br>      Defendants. | CASE NO. 2:18-cv-00051-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE THE JOINT PRETRIAL ORDER**<br><br>ECF No. 132 |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel of record, Robert Freeman, Esq. of the law firm of Lewis Brisbois Bisgaard & Smith, LLP on behalf of Defendant USAA General Indemnity Company, and William McGaha, Esq. of the law firm of Schuetze & McGaha, P.C. on behalf of Plaintiff Emily Zervas, as follows:

The parties stipulate and respectfully request that this Honorable Court extend the deadline to file the Joint Pretrial Order for this matter thirty (30) days up to **Monday, June 6, 2022**. The current due date is May 6, 2022.

The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter. The parties are diligently working together to draft the Joint Pretrial Order. However, the parties require additional time to draft, confer, and resolve the parties' statements

4890-3561-0654.1

pertaining to complex issues of law to be tried and determined at trial within the Joint Pretrial Order. They therefore stipulate to extend the time to file the pretrial order until Monday, June 6, 2022.

   WHEREFORE, the parties respectfully request that this Court extend the time to file the Joint Pre Trial Order as outlined above.

DATED this 29th day of April, 2022

SCHUETZE & McGAHA, P.C.

By: */s/ William W. McGaha*
WILLIAM W. McGAHA, ESQ.
Nevada Bar No. 003234
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

DATED this 29th day of April, 2022

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Robert W. Freeman*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
SHIRLEY J. FOSTER, ESQ.
Nevada Bar No. 008069
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant
USAA General Indemnity Company*

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 2, 2022