**WILLIAM W. McGAHA, ESQ.**
Nevada Bar #3234
**SCHUETZE, McGAHA, TURNER & FERRIS, PLLC.**
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
(702) 369-3225
(702) 369-2110 Fax
bmcgaha@smlvlaw.net

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMILY ZERVAS,<br><br>Plaintiff,<br><br>USAA GENERAL INDEMINITY COMPANY, a foreign corporation doing business in Nevada, DOES I through X and ROE CORPORATIONS XI through XX,<br><br>Defendants. | **CASE NO**: 2:18-cv-00051-JAD-EJY<br><br><br>ECF No. 134 |

## STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE JOINT PRETRIAL ORDER
(Second Request)

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel of record, WILLIAM W. McGAHA, ESQ. of the law firm SCHUETZE, McGAHA, TURNER & FERRIS, PLLC, counsel for Plaintiff and ROBERT FREEMAN, ESQ. of the law firm LEWIS BRISBOIS BISGAARD & SMITH, LLP, on behalf of the Defendant, as follows:

The parties stipulated and respectfully request that this Honorable Court extend the deadline to file the Joint Pretrial Order in this matter thirty (30) days up to Wednesday, July 8, 2022.  The current due date is June 6, 2022.

The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter. The parties are diligently working together to draft the Joint Pretrial Order. The issues in this case are complicated and therefore the JPO is taking up more time than other cases would. This case has a complex history and the parties are working to come up with common understandings to make the trial more cooperative. Therefore, the parties require additional time to draft, confer, and resolve the parties' statements pertaining to complex issues of law to be tried and determined at trial within the Joint Pretrial Order. They therefor stipulate to extend the time to file the pretrial order until Wednesday, July 8, 2022.

WHEREFORE, the parties respectfully request that this Court extend the time to file the Joint Pretrial Order as outlined above.

| | |
|---|---|
| **DATED** this 26th day of May 2022. | **DATED** this 26th day of May 2022. |
| **SCHUETZE, McGAHA, TURNER & FERRIS, PLLC.** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| By */s/William W. McGaha*<br>**WILLIAM W. McGAHA, ESQ.**<br>Nevada Bar #3234<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, Nevada 89106<br>Attorneys for Plaintiff | By */s/Shirley J. Foster*<br>**ROBERT W. FREEMAN, ESQ.**<br>Nevada Bar #3062<br>**SHIRLEY J. FOSTER, ESQ.**<br>Nevada Bar #8069<br>6385 S. Rainbow Boulevard, #600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey   Dated: 6-1-2022

**Donna Brand**

**From:** Foster, Shirley <Shirley.Foster@lewisbrisbois.com>
**Sent:** Thursday, May 26, 2022 2:55 PM
**To:** Bill McGaha
**Cc:** Donna Brand; Freeman, Robert; Freeman, Kristen
**Subject:** RE: Zervas v. USAA

Thanks. Ok to file.

**From:** Bill McGaha <bmcgaha@smlvlaw.net>
**Sent:** Thursday, May 26, 2022 2:53 PM
**To:** Foster, Shirley <Shirley.Foster@lewisbrisbois.com>
**Cc:** Donna Brand <dbrand@smlvlaw.net>; Freeman, Robert <Robert.Freeman@lewisbrisbois.com>; Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>
**Subject:** [EXT] RE: Zervas v. USAA

Shirley:

Here is the SAO with the date of the 8th of July.

Thank you,
Bill

William W. McGaha, Esq.
**Legalride, L.L.C.**
**Schuetze, McGaha, Turner & Ferris, P.L.L.C.**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada 89106

Phone (702) 369-3225
Facsimile (702) 369-2110
Direct Dial (725) 228-3231

**Our firm has proudly served Nevadans since 1993.  Visit our website at www.legalride.com.  AV Peer Review Rated by Martindale-Hubble.**

This communication, including any attachments, may contain confidential information and is intended only for the recipient(s) to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited.  If you are not the intended recipient, please contact the sender via email and delete all copies of the original message.

**From:** Foster, Shirley <Shirley.Foster@lewisbrisbois.com>
**Sent:** Thursday, May 26, 2022 2:22 PM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>
**Cc:** Donna Brand <dbrand@smlvlaw.net>; Freeman, Robert <Robert.Freeman@lewisbrisbois.com>; Freeman, Kristen

1