ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
SHIRLEY J. FOSTER, ESQ.
Nevada Bar No. 008069
Email: Shirley.Foster@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. (702) 893-3383
Fax (702) 893-3789
*Attorneys for Defendant*
*USAA General Indemnity Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| EMILY ZERVAS,<br><br>        Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation doing business in Nevada, DOES I through X and ROE CORPORATIONS XI through XX,<br><br>        Defendants. | CASE NO. 2:18-cv-00051-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES TO FILE DEFENDANT'S RESPONSES IN OPPOSITION TO PLAINTIFF'S ECF 140 (MOTION TO DESIGNATE AND PRODUCE EXHIBITS) AND 141 (MOTION TO APPOINT EXPERT), WHICH BOTH INCORPORATED ECF 138 (MOTION TO AMEND THE AMENDED COMPLAINT)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel of record, Robert Freeman, Esq. of the law firm of Lewis Brisbois Bisgaard & Smith, LLP on behalf of Defendant USAA General Indemnity Company ("Defendant"), and William McGaha, Esq. of the law firm of Schuetze & McGaha, P.C. on behalf of Plaintiff Emily Zervas ("Plaintiff"), as follows:

The parties stipulate and respectfully request that this Honorable Court extend the deadline to file Defendant's Responses in Opposition to Plaintiff's ECF No. 140 (Motion to Designate and Produce Exhibits) and Plaintiff's ECF No. 141 (Motion to Appoint Expert), which both incorporated Plaintiff's ECF No. 138 (Motion to Amend the Amended Complaint) for seven (7) additional days up until **Tuesday, August 30, 2022**. The current due date is August 23, 2022.

4868-1356-1135.1

The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter.  Defendant is diligently working to draft the Oppositions but has been fully involved in additional tasks and requires an additional week.  The parties therefore stipulate to extend the time to file defendant's Responses in Opposition until **Tuesday, August 30, 2022**.

WHEREFORE, the parties respectfully request that this Court extend the time to file Defendant's Responses in Opposition as outlined above.

DATED this 23rd day of August, 2022

SCHUETZE & McGAHA, P.C.

By: */s/ William W. McGaha*
    WILLIAM W. McGAHA, ESQ.
    Nevada Bar No. 003234
    601 S. Rancho Drive, Suite C-20
    Las Vegas, Nevada 89106
    *Attorneys for Plaintiff*

DATED this 23rd day of August, 2022

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Robert W. Freeman*
    ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 003062
    SHIRLEY J. FOSTER, ESQ.
    Nevada Bar No. 008069
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
    *Attorneys for Defendant*
    *USAA General Indemnity Company*

**ORDER**

IT IS SO ORDERED.

DATED this 23rd day of August, 2022.

_____
U.S. MAGISTRATE JUDGE