UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Emily Zervas, | Case No.: 2:18-cv-00051-JAD-BNW |
| Plaintiff | **Order Granting Unopposed Motion to Vacate Order** |
| v. | [ECF Nos. 47, 164] |
| USAA General Indemnity Co., | |
| Defendant | |

In light of the parties' resolution of this case and with good cause appearing, IT IS ORDERED that the unopposed motion to strike and vacate this court's February 27, 2019, order **[ECF No. 164] is GRANTED**, and the court will vacate the order denying defendant's summary judgment motion, granting plaintiff summary judgment and leave to amend, and denying all other motions as moot [ECF No. 47] at the time of dismissing this case. So **the parties are instructed to include in their stipulated dismissal language vacating and setting aside the February 27, 2019, order.**

Dated: May 8, 2023

_____
U.S. District Judge Jennifer A. Dorsey